## PERFECT SURGICAL TECHNIQUES, INC., Appellant

### v.

## OLYMPUS AMERICA, INC., Olympus Medical Systems Corporation, Appellees.

### 2015-2045

United States Court of Appeals, Federal Circuit.

June 9, 2016

ROBERT E. FREITAS, Freitas Angell & Weinberg LLP, Redwood City, CA, argued for appellant. Also represented by KAYLA ANN ODOM, DANIEL J. WEINBERG.

DEBORAH E. FISHMAN, Kaye Scholer LLP, Palo Alto, CA, argued for appellees. Also represented by MARISA ARMANINO WILLIAMS, KATIE JEANNINE LEWIS SCOTT.

### JUDGMENT

Per Curiam (Moore, Schall, and O'Malley, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED

**AFFIRMED. *See* Fed. Cir. R. 36.**